**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Kenneth BLAGE, Defendant–Appellant.**

No. 10–14051
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

May 17, 2011.

Peter J. Sholl, Stacie B. Harris, Robert E. O'Neill, David Paul Rhodes, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

David G. Secular, Donna Lee Elm, Federal Public Defender's Office, Tampa, FL, for Defendant–Appellant.

Before TJOFLAT, CARNES and BARKETT, Circuit Judges.

PER CURIAM:

Kenneth Blage appeals his 720–month sentence, imposed after he pled guilty to two counts of production of child pornography in violation of 18 U.S.C. §§ 2251(a) and (e). Blage argues that his sentence constitutes cruel and unusual punishment in violation of the Eighth Amendment, because it is grossly disproportionate to the offenses he committed.

On this record, we find no reversible error. The district court sentenced Blage to the statutory maximum penalty for the offenses he committed–30 years for each count of production of child pornography.[1] Because the district court sentenced Blage "within the limits imposed by the relevant statutes and guidelines," we cannot say the sentence imposed is disproportionate to the offenses committed, and thus it does not constitute cruel and unusual punishment. *United States v. Johnson*, 451 F.3d 1239, 1243 (11th Cir.2006) (holding that a 140–year sentence for producing and distributing child pornography was not cruel and unusual, because the sentence was within the statutory limits, and, thus, was not disproportionate to the offense).

**AFFIRMED.**

---

1. The district court determined that Blage's advisory guidelines sentence was life imprisonment, subject to the statutory maximum of 720 months.